UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Herson Antonio Guerra</u>
<u>Guerra</u>

  v.          Civil No. 25-cv-324-LM-AJ

<u>US Attorney General et al</u>

**O R D E R**

On August 27, 2025, the court issued an order stating that it had not received a motion for the pro hac vice admission of Attorney Nancy Beth Norman and that this case would be referred to a judicial officer for appropriate action unless such a motion was filed within thirty (30) days. Thirty days have since elapsed and the court has yet to receive a pro hac vice motion. Nor has Attorney Norman applied for admission to the bar of this court. <u>See</u> LR 83.1; <u>see also</u> LR 83.1(d) (noting that the court may admit an attorney to the bar on motion "in special circumstances . . . whether or not the person has complied with all of the admissions requirements provided under the rules"). The court will grant an additional fourteen (14) days for Attorney Norman to secure local counsel or apply for admission to the bar of this court. Absent admission under LR 83.1 or 83.2, Attorney Norman is ineligible to represent the petitioner in this matter. <u>See</u> LR 83.2(d).

In addition, Judge Johnstone issued a preliminary review order on August 29, 2025, directing petitioner to amend his initiating pleading within 30 days. Doc. no. 10. Thirty days have elapsed, and the court has not received an amended

pleading. The court will grant an additional 14 days for petitioner to file an amended pleading in compliance with Judge Johnstone's preliminary review order. If petitioner fails to do so, this court will dismiss this action without prejudice due to the deficiencies identified in Judge Johnstone's preliminary review order.

    SO ORDERED.

                                              _____
                                              Landya McCafferty
                                              United States District Judge

September 30, 2025

cc:    Counsel of Record